DENIED.

[signature]

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL 572 PENSION FUND, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:12-cv-00196 |
| LISA A. HANKINS, and ERNESTINE M. HANKINS, ) ) ) ) | Judge Aleta A. Trauger |
| Defendants. ) | |

REQUEST FOR ENTRY OF DEFAULT PURSUANT TO
RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff hereby requests the Clerk to enter the default of Defendant Ernestine M. Hankins pursuant to Fed. R. Civ. P. 55(a). In support, Plaintiff states:

1) On February 22, 2012, this civil action was asserted against Defendants (Dkt. No. 1).

2) On March 22, 2012, copies of the complaint and summons were served upon Ernestine M. Hankins and a return of service was filed with the Court on March 23, 2012 (Dkt. No. 4).

3) Ernestine M. Hankins is not an incompetent person nor a minor.

4) Ernestine M. Hankins is in default for failure to file an answer or otherwise defend.

{000271/12110/00254224.DOCX / Ver.1}