DENIED as moot.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

PLUMBERS & PIPEFITTERS LOCAL
572 PENSION FUND
    Plaintiff

VS.                                              NO. **3:12CV0196**

LISA A. HANKINS, and
ERNESTINE MAYNARD HANKINS,
    Defendants

MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT CMC ON MAY 25, 2012

    Comes now the Defendant, Ernestine M. Hankins, and moves this Court for leave to appear by telephone at the Case Management Conference (CMC) set on May 25, 2012, at 9:30 a.m. As grounds for this Motion, movant states as follows:

    1.    Counsel for Defendant Ernestine M. Hankins is geographically located in Paris, Henry County, Tennessee, which is approximately 110 miles from the Court.

    2.    Counsel for Defendant Ernestine M. Hankins anticipates that the parties will be generally agreeable to the proposed case management order.

    3.    Given the nature of the proceedings and the inconvenience and expense of travel to the Court, it would be appropriate for Counsel for Defendant Ernestine M. Hankins to appear by telephone.

    Wherefore, Defendant Ernestine M. Hankins prays for relief as follows:

    A.    That this Court grant leave for Counsel for Defendant Ernestine M. Hankins to appear by telephone

    B.    That the Court Clerk furnish the appropriate telephone number (and any procedural