IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL<br>572 PENSION FUND, | )<br>)<br>) | |
| Plaintiff/Counter-Defendant, | )<br>) | |
| v. | )<br>) | Civil No. 3:12-0196<br>Judge Trauger |
| LISA A. HANKINS (Counter/Cross Plaintiff)<br>and ERNESTINE M. HANKINS (Cross Defendant), | )<br>)<br>) | |
| Defendants. | ) | |

## **O R D E R**

The initial case management conference was held in this case on May 25, 2012. It is hereby **ORDERED** that, by June 8, 2012, the parties shall file a joint mediation report, informing the court of the mediator from the court's panel whom they have selected and the date for the mediation, to include all parties. The cost of the mediation will be split evenly between all three parties.

It is so **ORDERED**.

ENTER this 25th day of May 2012.

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　ALETA A. TRAUGER
　　　　　　　　　　　　　　　　U.S. District Judge