### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 572 PENSION FUND, ) ) ) Plaintiff/Counter-Defendant, ) ) v. ) ) LISA A. HANKINS (Counter/Cross Plaintiff) ) and ERNESTINE M. HANKINS (Cross Defendant),) ) Defendants. ) | Civil No. 3:12-0196 Judge Trauger |

## **O R D E R**

The initial case management conference was held in this case on May 25, 2012. It is hereby **ORDERED** that, by June 8, 2012, the parties shall file a joint mediation report, informing the court of the mediator from the court's panel whom they have selected and the date for the mediation, to include all parties. The cost of the mediation will be split evenly between all three parties.

It is so **ORDERED**.

ENTER this 25th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge